**PARKER v. U. S. SMELTER CO. et al.**

No. 11577—Opinion Filed Jan. 8, 1921.

(Syllabus by the Court.)

**Appeal and Error—Moot Questions—Dismissal.**

The Supreme Court will not attempt to determine abstract, hypothetical, or moot questions, but where it is made to appear that the questions brought up for review have become moot, the proceedings will be dismissed.

Appeal from State Industrial Commission.

From action of Industrial Commission in denying the filing of petition by L. W. Parker, he appeals. Appeal dismissed.

Neff & Neff, for petitioner.

Leslie J. Lyons, for respondent United States Smelter Company.

5—80

BAILEY, J. The State Industrial Commission denied the filing of a petition because it alleged that the attempt to file the petition was made too late. After the proceedings had been brought to this court for review, the State Industrial Commission, apparently on its own motion filed and set down for hearing the petition which it had theretofore denied. The United States Smelter Company, one of the respondents, moves to dismiss on' the ground that there is nothing to litigate here.

These proceedings have been brought as original proceedings in this court to review the action of the State Industrial Commission, under section 13, art. 2, chap. 246, Sess. Laws 1915, and such action of the Industrial Commission having since been rescinded, there appears nothing to review here.

This court will not attempt to determine an abstract, hypothetical, or moot question, but where it is made to appear that the question brought up for review has become moot, it will dismiss the proceedings. Hamon v. State, 67 Oklahoma, 169 Pac. 894; Bartlett et al. v. Atkins et al., 67 Oklahoma, 169 Pac. 1076; Mason v. Ford, 71 Oklahoma, 174 Pac. 770; Hunter v. State ex rel. Thompson, 71 Oklahoma, 175 Pac. 935.; Pitts v. People's National Bank of Checotah, 72 Oklahoma, 178 Pac. 257.

The proceedings herein are accordingly dismissed.

RAINEY, C. J., and HARRISON, JOHNSON, McNEILL, HIGGINS, and COLLIER. JJ., concur.